IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| James Bruce Siron and Ellen Siron, | ) | C/A: 3:15-4868-JFA |
| | ) | |
| Plaintiffs, | ) | ORDER SETTING |
| | ) | PRETRIAL CONFERENCE |
| v. | ) | |
| | ) | |
| Allstate Fire & Casualty Insurance Co., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In this recently filed action, the Court wishes to conduct a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the conference, in chambers, on Wednesday, December 23, 2015 at 10:00 a.m. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 15, 2015                      Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge